1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

7

8

UNITED STATES OF AMERICA,

CASE NO. CR20-5269 BHS

Plaintiff,

ORDER

9

v.

10

BRIAN BUCKINGHAM,

11

Defendant.

12

13 On November 1, 2022, the Court entered an order directing the Warden of MDC-

14 Los Angeles to ensure that the competency evaluation of Mr. Buckingham be completed

15 by November 20, 2022. Dkt. 73 at 3. This order also required the evaluation report to be

16 submitted to the Court by November 25, 2022. *Id.*

17 On November 9, 2022, the Court received a letter from the Warden stating that the

18 evaluation will be completed by November 20, 2022. However, the letter also states that,

19 "for several reasons, submission of a completed report by November 25, 2022, represents

20 an unfeasible timeframe for our psychologist and Psychology Services Department." In

21 particular, the Warden explains that the Psychological Services Department "currently

22 employs one forensic evaluator," "the department as a whole is staffed at 50%" capacity,

1    the "department must also provide mental health care and treatment to the inmates at

2    MDC-LA," and "the timeline for the report [to be submitted] encompasses a holiday

3    week (i.e., Thanksgiving)." Accordingly, the Warden requests an extension of the

4    deadline to submit the report to December 2, 2022.

5        The statutes at issue do not provide a timeline by which an evaluation report must

6    be submitted. *See* 18 U.S.C. §§ 4241 and 4247. Given the burdens described in the

7    Warden's previous letter as well as those set out in his most recent letter, the Court will

8    not take any additional time in soliciting comments from the parties. To do so would

9    likely result in a further delay in the completion and the submission of the report.

10   Additionally, under the circumstances described in the Warden's two letters, the Court

11   finds that a deadline of December 2, 2022, to submit the report is reasonable

12       Accordingly, the Court grants the Warden's request to submit the report by

13   December 2, 2022. The Government is directed to immediately provide a copy of this

14   Order to the Warden.

15       IT IS SO ORDERED.

16       Dated this 9th day of November, 2022.

17

18

19                   BENJAMIN H. SETTLE
                     United States District Judge

20

21

22

ORDER - 2