The Hon. Benjamin H. Settle

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> NANI LOVE BUCKINGHAM, <br><br> Defendant. | NO. CR20-5269-BHS <br><br> **FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture ("Motion") for the following property ("Subject Property"):

    a.    One SanDisk Ultra Plus 32 GB (Item A, originating from WSP item #CX0648);

    b.    One San Disk Ultra Plus 32 GB (Item B, originating from WSP item #CX0648);

    c.    One San Disk Ultra Plus 32 GB (Item C, originating from WSP item #CX0648);

    d.    One iPhone 7 Plus, serial number F2LSY 4V0HFY2 (WSP item #CX0726);

Final Order of Forfeiture - 1
*United States v. Buckingham,* CR20-5269-BHS

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

   e. One WD My Passport Ultra, portable hard drive (WSP item # CX065 l);

   f. One Seagate Backup Plus, portable hard drive (WSP item # CX0699); and

   g. One iPhone 6s Plus, serial number F2LQP52JGRX8 (WSP item #CX0650).

The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate for the following reasons:

1. On March 18, 2025, the Court entered a Preliminary Order of Forfeiture finding the above-identified property forfeitable pursuant to 18 U.S.C. § 2253(a) and forfeiting the Defendant's interest in it, Dkt. No. 165;

2. Thereafter, the United States published notice of the pending forfeitures as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C), Dkt. No. 181, and provided direct notice to a potential claimant as required by Fed. R. Crim. P. 32.2(b)(6)(A), *see* Declaration of AUSA Jehiel I. Baer in Support of Motion for Entry of a Final Order of Forfeiture ¶ 2, Exhibits A–B; and,

3. The time for filing third-party claims has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-identified property exists in any party other than the United States;

2. The property is fully and finally condemned and forfeited, in its entirety, to the United States; and,

///

///

Final Order of Forfeiture - 2
*United States v. Buckingham,* CR20-5269-BHS

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3. The United States Department of Justice, and/or its representatives, are authorized to dispose of the property as permitted by governing law.

IT IS SO ORDERED.

DATED this 29th day of September, 2025.

BENJAMIN H. SETTLE
United States District Judge

Presented by:

 *s/ Jehiel I. Baer*
JEHIEL I. BAER
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA  98101
(206) 553-2242
Jehiel.Baer@usdoj.gov

Final Order of Forfeiture - 3
*United States v. Buckingham,* CR20-5269-BHS

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970